UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
DEC 1 6 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NO. 7:10-CR-142-BO

UNITED STATES OF AMERICA, :
:
v. : ORDER TO REASSIGN
:
JOSHUA RYAN DURRETT :

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case.

SO ORDERED.

This the 16 day of December, 2010

TERRENCE W. BOYLE
United States District Court Judge