IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:10-CR-142-BO-1

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | **REASSIGNMENT ORDER** |
| **vs.** | ) | |
| | ) | |
| **Joshua ryan Durrett** | ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Louise W. Flanagan, Chief U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **7:10-CR-142-FL-1.**

SO ORDERED, this the 17th day of December 2010.

                                                   /s/ Dennis P. Iavarone
                                                            Clerk of Court